

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00609-CV

Marta **ARREDONDO**,
Appellant

v.

**TECHSERV CONSULTING AND TRAINING, LTD.**, T&D Solutions, LLC, and AEP Texas
Central Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-08-16922-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order granting appellee T&D Solutions, LLC's traditional and no-evidence motions for summary judgment is AFFIRMED as to the claims for negligence per se and gross negligence and REVERSED as to appellant's negligence claim, and that claim is REMANDED to the trial court for further proceedings. The trial court's order granting appellee AEP Texas Central Company's motions for traditional and no-evidence summary judgment is REVERSED, and appellant's claims against appellee AEP Texas Central Company for negligence, negligence per se, and gross negligence are REMANDED to the trial court for further proceedings. The trial court's order granting Techserv Consulting and Training, LTD.'s traditional and no-evidence motions for summary judgment is AFFIRMED. Costs of this appeal are taxed against the party incurring the same. *See* TEX. R. APP. P. 43.4.

SIGNED September 26, 2018.

_____
Irene Rios, Justice